■ In the Matter of GEORGE BARTLEY, Respondent, v RENEE PRINGLE, Respondent, and JEANETTE PRINGLE, Respondent. KAREN P. SIMMONS, Nonparty Appellant. [933 NYS2d 889]— ■

Since the child is now over 18 years of age, she is no longer subject to the order appealed from, and the appeal must be dismissed as academic (*see Matter of Merando v Vantassel*, 66 AD3d 783 [2009]). Mastro, A.P.J., Eng, Belen and Hall, JJ., concur.